ROSE STEINDL, Appellant, *v.* JOHN J. COSGROVE, Respondent.

(Submitted March 2, 1936; decided March 10, 1936.)

*John J. McGinty* for motion.
*John R. Jones* opposed.

Motion denied, without costs.